# United States District Court
## Southern District of Georgia

United States Of America

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-142

Bain Med, LLC, Bainmed, LLC, Autaw Medical Supply, LLC, Fenix Orthopedic Gear Company, Gable Runn DME, LLC, Health Pointe Ortho Gear, LLC, Maximus Supplies, LLC, Ortho Kickz of GA, LLC, Ortho Kickz, LLC, Orthokickz of the Carolinas, LLC, Red River Supplies, LLC, Rock Creek Ortho Gear, LLC, Salms Health Management Group, LLC et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that final judgment is hereby entered in favor of Plaintiff United States of America and against and against Defendants. Defendants Bain Med, LLC; Eutaw Medical Supply, LLC; Fenix Orthopedic Gear Company; Gable Runn DME, LLC; Health Point Ortho Gear, LLC; Maximus Supplies LLC; Ortho Kickz of GA, LLC; Ortho Kickz, LLC; Orthokickz of the Carolinas, LLC; Red River Suplies, LLC; Rock Creek Ortho Gear, LLC; Salms Health Management Group, LLC; Smoky Ridge Medical Supply, LLC; Step Easy Medical Supply, LLC Sullivan Health Management Group LLC; and Zion Pointe Health, LLC shall be jointly and severally liable to the United States for a sum of $5,962,923.24.

| June 24, 2019 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk